IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| TED SHARPENTER, Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>ROCKWELL COLLINS, INC., ANTHONY J. CARBONE, CHRIS A. DAVIS, RALPH E. EBERHART, JOHN A. EDWARDSON, RICHARD G. HAMERMESH, DAVID LILLEY, ROBERT K. ORTBERG, ANDREW J. POLICANO, CHERYL L. SHAVERS, JEFFREY L. TURNER, JOHN T. WHATES, UNITED TECHNOLOGIES CORPORATION, and RIVETER MERGER SUB CORP,<br><br>  Defendants. | Case No.  1:17-cv-0113-LTS<br><br>**DISCLOSURE STATEMENT** |

_____

As required by LR 7.1 and LR 81(c) and (d), Plaintiff Ted Sharpenter, Individually and On Behalf of All Others Similarly Situated, in this case provides the following information to the court:

(a) The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Plaintiff Ted Sharpenter, as a parent, subsidiary, or otherwise, or have a direct or indirect or indirect pecuniary interest in the Plaintiff Ted Sharpenter's outcome in this case:

>    Rigrodsky & Long, P.A.
>    RM Law, P.C.
>    Baer Law Office

1

(b) With respect to each entity named in response to (a), the following describes its connection

to or interest in the litigation, or both:

Counsel for Plaintiff

Date: November 10, 2017

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
Brian D. Long
Gina M. Serra
2 Righter Parkway, Suite 120
Wilmington, DE 19803
T: (302) 295-5310
F: (302) 654-7530

**RM LAW, P.C.**
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
T: (484) 324-6800
F: (484) 631-1305

**BAER LAW OFFICE**

*/s/ Kimberley K. Baer*
Kimberley K. Baer AT0000683
Baer Law Office
838 5th Avenue
Des Moines, IA 50309
T: (515) 279-2000
F: (515) 279-2137
kbaer@baerlawoffice.com

*Attorneys for Plaintiff*