UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| TED SHARPENTER, Individually and On Behalf of All Others Similarly Situated, ) ) ) Plaintiff, ) ) ) v. ) ) ROCKWELL COLLINS, INC., ANTHONY J. ) CARBONE, CHRIS A. DAVIS, RALPH E. ) EBERHART, JOHN A. EDWARDSON, ) RICHARD G. HAMERMESH, DAVID LILLEY, ) ROBERT K. ORTBERG, ANDREW J. ) POLICANO, CHERYL L. SHAVERS, JEFFREY ) L. TURNER, JOHN T. WHATES, UNITED ) TECHNOLOGIES CORPORATION, and ) RIVETER MERGER SUB CORP., ) ) Defendants. ) ) | Case No. 1:17-cv-00113-MWB  CLASS ACTION |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Ted Sharpenter ("Plaintiff") hereby voluntarily dismisses its individual claims in the above-captioned action (the "Action") with prejudice as to Plaintiff only, and without prejudice as to its claims on behalf of the putative class in the Action. Because this notice of dismissal is being filed before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: January 18, 2018                                    **BAER LAW OFFICE**

                                            By:   */s/ Kimberley K. Baer*   

                                                  Kimberly K. Baer AT0000683
                                                  Baer Law Office
**OF COUNSEL:**                                   838 5th Avenue
                                                  Des Moines, IA 50309
**RIGRODSKY & LONG, P.A.**                        T: (515) 279-2000
Brian D. Long                                     F: (515) 279-2137
Gina M. Serra                                     kbaer@baerlawoffice.com
2 Righter Parkway, Suite 120
Wilmington, DE 19803
T: (302) 295-5310
F: (302) 654-7530

**RM LAW, P.C.**
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
T: (484) 324-6800
F: (484) 631-1305

2